

**IT IS ORDERED as set forth below:**

**Date: January 26, 2018**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: } | CHAPTER 13 |
| HARRY JAMES COBB, Jr., } | CASE NO. A17-70919-BEM |
| DEBTOR(S) } | JUDGE ELLIS-MONRO |

### ORDER ON TRUSTEE'S MOTION TO DISMISS

The above-styled matter came before the Court at a hearing held January 23, 2018 on the Chapter 13 Trustee's Motion to Dismiss case for exceeding the unsecured debt limit, pursuant to 11 U.S.C. Section 109(e). Present were counsel for the Chapter 13 Trustee, Sonya M. Buckley, and counsel for the Debtor. After hearing argument from the parties, it is hereby

ORDERED that the Trustee's Motion to Dismiss is GRANTED and the above-styled case is DISMISSED.

The Clerk of Court shall serve a copy of this Order to the Debtor, Debtor's attorney, the Chapter 13 Trustee and all parties in interest.

**END OF DOCUMENT**

Order Presented By:

_____/s/_____
Sonya M. Buckley, Staff Attorney
Mary Ida Townson
Standing Chapter 13 Trustee
GA Bar No.: 140987
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com